Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Middle* District of *Florida*

*Jacksonville* Division

Legal Mail
Provided to Florida State Prison on
2 / 1 / 24 for mailing by _____

James T murzike #60713

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:24-cv-131-HES-JBT

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    _James T. murzike_

All other names by which
you have been known:                    _N/A_

ID Number                               _L07718_

Current Institution                     _Florida State prison_

Address                                 _P.o. Box 800_

_Raiford_         _Fla._       _32083_
City             State         Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                          _Pitmonic C._

Job or Title (if known)       _Sgt._

Shield Number                 _N/A_

Employer                      _Florida State prison_

Address                       _P.o. Box 800_

_Raiford_       _Fla._       _32083_
City             State         Zip Code

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                          _ms. young w/f_

Job or Title (if known)       _nurse_

Shield Number                 _N/A_

Employer                      _Florida State prison_

Address                       _P.o. Box 800_

_Raiford_       _Fla._       _32083_
City             State         Zip Code

☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st 8th Amend. U.S. Const.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st 8th Amend. U.S. Const.

Page 3 of 11

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See → Statement of Claim's pages (4) A-B*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Inside Institution (F.S.P)*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*B-Dorm Cell B-1207S 2nd Floor & 1st Floor on December 8th 2023 at 8:30am — 12:00pm. (F.S.P)*

STATEMENT OF CLAIM: CONT. 4 OF A

(1) DEFENDANT PITTMAN, C. IN USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE PHYSICALLY BATTERING PLAINTIFF MURZIKE, WHILE IN FULL RESTRAINTS & BLACK BOX WAIST CHAIN & SHACKLE REPEATEDLY PUNCHING & STOMPING PLAINTIFF WHILE PLAINTIFF WAS DEFENSELESS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIENCE IN VIOLATION 768.28 F.S. & VIOLATE CH.33-208.002

(2) DEFENDANT PITTMAN, C. IN USING UNJUSTIFY EXCESSIVE FORCE TO SEXUAL BATTERY PLAINTIFF MURZIKE, FORCING FINGER INTO PLAINTIFF MURZIKE, RECTUM WHILE PLAINTIFF WAS IN FULL RESTRAINTS BLACK BOX SHACKLE & WAIST CHAIN CONSTITUTE THE TORT OF SEXUAL ASSAULT & SEXUAL BATTERY IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. AS HE ACT IN BAD FAITH GROSS NEGLIENCE IN VIOLATION 768.28 F.S. & VIOLATE CH.33-208.002

(3) DEFENDANT PITTMAN, C. IN USING UNJUSTIFY EXCESSIVE FORCE SEXUAL BATTERY PLAINTIFF MURZIKE, FORCING FINGER INTO PLAINTIFF RECTUM "MALICIOUSLY & SADITICALLY" IN RETALIATION VIOLATION OF PLAINTIFF MURZIKE, 1ST & 8TH AMEND. U.S. CONST.

(4) DEFENDANT NURSE YOUNG, ACTING IN FAILING TO INTERVENE & REPORT THE UNJUSTIFIED EXCESSIVE USE OF FORCE & SEXUAL BATTERY BY SGT.PITTMAN, WHEN SHE WAS IN POSITION TO DO SO VIOLATIONS OF PLAINTIFF 8TH AMEND. U.S. CONST.

(5) DEFENDANT NURSE YOUNG, ACTING IN FAILING TO EXAMINE PLAINTIFF MURZIKE, & DOCUMENT PLAINTIFF INJURIES & PROVIDE TREATMENT TO PLAINTIFF SERIOUS MEDICAL NEEDS IN RETALIATION VIOLATION OF PLAINTIFF MURZIKE, 1ST & 8TH AMEND. U.S. CONST.

STATEMENT OF CLAIM: CONT. 4 OF 18

(6) DEFENDANT PITTMAN, C.
FAIL TO PROTECT BY ALLOWING C.M. 3 ORDERLY'S TO INTENTIONALLY
DEPRIVE PLAINTIFF MURZIKE, OF HIS FOOD INTENTIONALLY STARVING
PLAINTIFF MURZIKE, IN RETALIATION VIOLATING PLAINTIFF 1ST & 8TH
U.S. CONST. & F.A.C. CH.33-208.002 (24).

(7) DEFENDANT PITTMAN, C.
ACTIONS IN KNOWINGLY INTENTIONALLY FALSIFYING DC6-229 STATING
PLAINTIFF MURZIKE, WAS FEED WAS RETALIATION WHICH CONSTITUTE A TORT
OF A THIRD (3rd) DEGREE FELONY IN VIOLATION OF 838.022 (1) (2) (3)
SECTIONS FLORIDA STATUTE AS THEY ACTED IN BAD FAITH GROSS NEGLIGENCE
IN VIOLATION 768.28 F.S. & F.A.C. CH.33-208.002 (12) (14) POLICY.

(8) DEFENDANT PITTMAN, C  ACTION IN USING EXCESSIVE
PHYSICAL FORCE UPON PLAINTIFF MURZIKE, WHILE SECURED
IN HAND RESTRAINST BLACK BOX SHACKLES PUNCHING &
CHOKING PLAINTIFF DONE "maliciously & sadistically"
INTENT TO CAUSE GREAT BODY HARM WITH DEFENSE NOT
IN VIOLATION OF PLAINTIFF 8TH U.S. CONST.

(9) DEFENDANT PITTMAN, C. IN KNOWINGLY INTENTIONALLY
ALLOWING (C.M. 3) INMATE ORDERLY'S TO DEPRIVE PLAINTIFF
MURZIKE, OF HIS FOOD & INTENTIONALLY POISON PLAINTIFF
FOOD PLACING ILLEGAL SUBSTANCE FECESE WATER, CHEMICALS
ROLL-ON DEODERANT, SILIVIA, INTO PLAINTIFF FOOD PHYSICALLY
BATTERING THE PLAINTIFF WITH DEADLY WEAPON DONE WITH
GREAT BODILY HARM CONSTITUTE THE TORT OF ASSAULT &
BATTERY IN VIOLATION OF 944.35 F.S. & 775.083 1. F.S.
AS THEY ACT IN BAD FAITH GROSS NEGLIGENCE IN
VIOLATION 768.28 F.S.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

DECEMBER 8th 2023 at 8:30am - 12:00pm.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see → statement of facts continuation pages (8)A-C

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. possible fracture Jaw, swollen eye busted eye, rectum bleeding bar goal teeth, chronic shoulder pain ankle pain swelling ankle leg etc — deep vein negative bladder continuously vomiting blood ____ pain stomach back ____ wrist 2 ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ Diabetes ____ not ____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

see → Relief sought pages (5)A - F

STATEMENT OF FACTS: CONT. 8 OF 8

DEFENDANT PITTMAN, HAS RETALIATED AGAINST ME FOR EXERCING MY CONSTITUTIONAL RIGHTS.

PLAINTIFF MUIRZIKE, HAD FILED NUMEROUS OF GRIEVANCE AGAINST DEFENDANT PITTMAN, FOR REPEATED SEXUAL ABUSE HARASSMENT, & DEPRIVING PLAINTIFF OF FOOD & FOOD POISON ETC.

PLAINTIFF MUIRZIKE, NOW TURN TO THE EVENT THAT OCCURED ON DECEMBER 8TH 2023 APPROX. 8:30am - 10:30am (NOT SURE EXACT TIME) PLAINTIFF MUIRZIKE, WAS HOUSED IN B-1207S BRAVO DORM 2ND FLOOR WHEN PLAINTIFF WAS AWAKE BY DEFENDANT PITTMAN, STATED HE NEED TO PULL ME OUT MY CELL FOR MEDICAL SICK-CALL.

UPON PLAINTIFF BEING STRIP SEARCHED & DRESSED PLAINTIFF WAS PLACED IN FULL RESTRAINTS BLACK BOX WAIST CHAINS & SHACKLES THEN WALK DOWN TO B-WING BOTTOM FLOOR TO LITTLE CLOSET ROOM ON 1ST FLOOR. P.P.D. 602.033 POLICY RETAIN AUDIO/VIDEO CAMERAS

AFTER ENTERING THE LIL PLAINTIFF MUIRZIKE, INFORM DEFENDANT YOUNG, OF SOME MEDICAL ISSUES WHICH SHE STATED THAT'S NOT WHAT I'M HERE FOR

DEFENDANT PITTMAN THEN SMILE & STATED TO PLAINTIFF YOU WONDERING WHAT'S GONNA HAPPEN NEXT THEN TRY TO MAKE SEXUAL ADVANCES TOWARDS PLAINTIFF WHILE SITTING ON BED DESK DEFENDANT PITTMAN, STATED TO DEFENDANT YOUNG, REMOVE HIS CLOTHES & SHUT THE ROOM DOOR ETC.

DEFENDANT PITTMAN, THEN TRY TO STRIP PLAINTIFF MUIRZIKE PANTS & SOCKS OFF AGAINST MY WILL UPON ME TELLING HIM I DON'T NEED MY CLOTHES OFF NOR SHOULD I BE IN HERE IF I'M NOT GETTING MEDICAL TREATMENT.

STATEMENT OF FACTS: CONTINUE 5 OF 8

DEFENDANT PITTMAN, THEN STATED TO PLAINTIFF MURZIKE, I'D ADVISE YOU TO "SHUT" THE HELL UP. THEN USED UNNECESSARY FORCE WITH DELIBERATE INDIFFERENCE TO PHYSICALLY BATTER PLAINTIFF & SEXUAL BATTER PLAINTIFF IN RETALIATION WHILE IN FULL RESTRAINTS SLAP PLAINTIFF INTO FACE, PUNCHING IN HEAD, CHEST, SIDE ETC. NEARLY KNOCKING PLAINTIFF MURZIKE UNCONSCISE & PULL PLAINTIFF MURZIKE, PANTS DOWN WHILE CHOKING PLAINTIFF & FORCE FINGER INTO PLAINTIFF RECTUM MALICIOUSLY & SADITICALLY. WHILE DEFENDANT YOUNG, STAND BY & WATCH

AFTER THE PLAINTIFF WAS PHYSICALLY BATTERED & SEXUAL BATTERED DEFENDANT PITTMAN, INFORMED PLAINTIFF MURZIKE, IF WHAT HAPPEN IN THIS ROOM GETS IN THE AIR I CAN INSURE YOU YOUR "LIFE" WILL BE A LIVEN HELL I'LL TAKE YOUR LAST BREATH & I'M CONTINUE TO HAVE YOU STARVED & POSION ON ALL THREE (3) SHIFTS.

PLAINTIFF MURZIKE, THEN ADVISE DEFENDANT YOUNG, OF HER MIS-CONDUCT & FAILING TO INTERVENE & THAT I NEED TO BE SEEN BY DOCTOR ERGENT I'M IN PAIN & NEEDED TO BE EXAMINE TO NO AVAIL.

DEFENDANT YOUNG, THEN STATED WRITE A GRIEVANCE & YOU'LL FIND OUT WHAT SGT. PITTMAN, JUST SAID & STATED TO YOU WILL COME TRUE & MY SIDE OF THE FENCE WILL HELP COVER YOU UP ETC. ETC.

PLAINTIFF MURZIKE, THEN WAS TAKING BACK TO CELL B-1207 TO EXPERIENCE THE CONTINUANCE PAIN BLEEDING & SUFFERING PLAINTIFF MURZIKE, REMAINED IN CELL UNTREATED.

DEFENDANT YOUNG, FAIL TO EXAMINE & TREAT THE PLAINTIFF & REPORT TRY TO COVER UP THIS ABUSE INCIDENTS WITH SGT & THREATEN MY "LIFE" IF I WRITE IT UP OR REPORT. SHE VIOLATED CH.33-602.101 (97. FLA.C.

Statement of Facts: cont. 2 of 2

ONGOING RETALIATION same day one (1) hour later during lunch feeding B-wing 2nd floor I plaintiff murzike was haused in B-12078 on Dec. 8th 2023 at 11:00am - 12:00pm. Defendant pittman, Did & willfully denied me my right to be feed to recieve my lunch meal in retaliation. At no point was plaintiff feed as a mean of punishment & harassment. This violated my 1st usc 8th usc 5th usc 2.14th usc 1853(3) F.F.R 83E.02213) because it's a third degree felony, to falsify official document please see a 22g sheet for 12-8-23 saying plaintiff was feed.

plaintiff murzike, contend defendant pittman, violated ch33-601. 002 (12)(1)(a) policy as a mean of retaliatory due filing complaints & gievances etc.

Defendant pittman, acts & omission shows his disregards towards inmates. This was a reprisal against plaintiff for filing gievance on staff & defendant pittman, misconduct Rule 33-103, 005 (1) & Rule 33-103, 001 (3)(c) / Rule 33-103, 019 grievance reprisal (1) Good faith use of or good faith participation in the grievance process shall not result in reprisal against the inmate. Rule 33-208, 003 (21) falsification of forms or records (dismissal)

RELIEF SOUGHT: CONT. 5 OF 9

(1) DEFENDANT NURSE YOUNG, ARE SUED $250,000 FAILURE TO HAVE PLAINTIFF NURSE SEEN BY MEDICAL DOCTOR & SENT TO OUTSIDE HOSPITAL FOR STITCHES & TREATMENT FOR HIS SERIOUS MEDICAL INJURIES PLAINTIFF SUSTAIN FROM THE PHYSICAL BATTERY & SEXUAL BATTERY & EXCESSIVE FORCE CONSTI. "DELIBRATE INDIFFERENCE" IN VIOLATION OF PLAINTIFF 8TH U.S. CONST. ARE SUE IN HER INDIVIDUAL CAPACITY, UNDER COLOR OF STATE LAW.

(2) DEFENDANT NURSE YOUNG, ARE SUED $250,000 FOR FAILING TO INTERVENE THE VICIOUS BRUTAL BEATEN EXCESSIVE FORCE & SEXUAL BATTERY BY C. PITTMAN, WHILE SHE STANDBY & WATCH CONSTITUTE "DELIBRATE INDIFFERENCE" IN VIOLATION OF PLAINTIFF 8TH U.S. CONST. ARE SUED IN HER INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(3) DEFENDANT PITTMAN, C. ARE SUE $350,000 FOR USING EXCESSIVE FORCE PUNCHING & CHOKING PLAINTIFF WHILE SECURED IN FULL RESTRAINTS CONSTITUTE "DELIBRATE INDIFFERENCE" IN VIOLATION OF PLAINTIFF 8TH U.S. AMEND. CONST. ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(4) DEFENDANT PITTMAN, C. ARE SUE $350,000 FOR USING UNJUSTIFY EXCESSIVE PHYSICAL FORCE PHYSICAL BATTERING PLAINTIFF WHILE FULL RESTRAINT PUNCHING & STOMPING PLAINTIFF WHILE PLAINTIFF WAS DEFENSELESS CONST. THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083 .ALSO AT HE ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S. & CH 33-208.002 ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

RELIEF SOUGHT CONT. 5 OF 8

(5) DEFENDANT PITTMAN C.
ARE BEING SUED $350,000 FOR FAILING TO PROTECT & ALLOWING THEIR HITMAN C.M. 3 ORDERLY'S CONTINIOUSLY TAMPER & POSION PLAINTIFF FOOD INTENTENTIONALLY DEPRIVING PLAINTIFF MURZIKE OF A BASIC HUMAN NEED STARVING THE PLAINTIFF IN RETALIATION CONSTITUTE CRUEL UNUSUAL PUNISHMENT VIOLATING MY 1ST & 8TH U.S. CONST. SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(6) DEFENDANT PITTMAN, C.
ARE BEING SUED $350,000 ONGOING FAILING TO PROTECT ALLOWING THEIR C.M. 3 ORDERLY TO CONTINIOUSLY VIOLATE MUSLIMS RELIGIOUS DIET PROGRAM (R.D.P.) KOSHER MEATS MALICIOUSLY & SADISTICALLY INJURY PLAINTIFF WITH GREAT BODLY HARM IN RETALIATION VIOLATING PLAINTIFF MURZIKE, 1ST, 8TH & 14TH AMEND U.S. CONST. SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(7) DEFENDANT PITTMAN, C.
ARE BEING SUED $150,000 FOR KNOWINGLY FALSIFYING DOCUMENTS & RECORDS FALSIFYING PLAINTIFF DC6-229 SHEETS STATING PLAINTIFF WAS ACTUALLY FEED KNOWING OF THE UNSANITARY ILLEGAL SUBSTANCE & LEFT OVER BEAN, CARROTS ETC... BEING PLACED INTO PLAINTIFF MURZIKE, R.D.P./C.F.O FOOD & THEY FAIL TO INTERVENE WHICH CONSTITUTE DELIBRATE INDIFFERENCE IN VIOLATION OF PLAINTIFF 1ST & 8TH AMEND U.S. CONST. SUED IN THEIR INDIVIDUALLY CAPACITY UNDER COLOR OF STATE LAW.

. RELIEF SOUGHT :. CONT. 5 OF 6

(8) DEFENDANT PITTMAN, C. ARE SUED $550,000 FOR USING UNJUSTIFIED EXCESSIVE FORCE TO SEXUAL BATTERY PLAINTIFF FORCING FINGER INTO PLAINTIFF RECTUM WHILE PLAINTIFF FULL RESTRAINT CONSTITUTE THE TORT OF SEXUAL ASSAULT/SEXUAL BATTERY IN VIOLATION OF OF 944.35 F.S. & 775.083 F.S. AS HE ACTED IN BAD FAITH GROSS NEGLIENCE IN VIOLATION 768.28 F.S. & VIOLATE CU.33-208.002 ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW, CONSTITUTED DELIBRATE INDIFFENCE

(9) DEFENDANT PITTMAN, C. ARE SUED 550,000 IN USING UNJUSTIFY EXCESSIVE FORCE SEXUAL BATTERY PLAINTIFF, FORCING FINGER INTO PLAINTIFF RECTUM "MALICIOUSLY & SADITICALLY" IN RETALIATION IN VIOLATION OF PLAINTIFF 1ST & 8TH AMEND U.S. CONST. ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW,

Relief sought cont. page 5 of 2

2   Issue a declaratory judgement stating that:

(25) The unjustified physical abuse upon plaintiff Mourzike, by defendants, violated plaintiffs right under the eights & fourteenth amendment the united states constitution and constituted an assault and battery under state law.

(26) ( | ) The unjustified physical abuse upon plaintiff Murzike by defendants were committed in a retaliatory attack against plaintiff Murzike, for his charge & filing grievances violated plaintiff Murzike, right under the eight and first amendment to the united states constitution and constitutes and assault and battery under state law.

( 2 ) That all the defendant's acted under the color of state law and that they used their individual capacities to violate plaintiffs constitutional right.

( 3 ) Issue an injunction ordering defendant Sergant c. Pittman, C. comsley, sr. sgt. way, B, 1st whu tom. to:

1). Stop sending hits to Florida state prison to have they relatives & co-coworkers to stop having they inmate orderlys to play with my food intentionally trying to posion me & starve planning in retaliation.

2). Enter an order to stop these ongoing threats at Florida state prison to dismiss my law suits or I'll be stripped, gas with chemical agents & force cell destracted & bevirly beaten.

52

RELIEF. SOUGHT CONT. PAGE 5 OF ___

3). ENTER ORDER THAT SENIOR CHAPLAIN PLACE PLAINTIFF MURZIKE, ON HIS RELIGIOUS DIET R.D.P./C.F.O KOSHER MEAL Immediately

4) ENTER ORDER THAT PLAINTIFF MURZIKE, BE TRANSFERED OUT THIS REGION TO SOUTH FLORIDA REGION III DUE TO THE ONGOING REPEATED VIOLENCE, SEXUAL BATTERY, PHYSICAL BATTERY, & ILLEGAL STARVATION BY NUMEROUS EMPLOYEE'S HERE AT (F.S.P.) &(U.C.I.)

( 5 ) PLAINTIFF MURZIKE, DEMAND TRAIL BY JURY.

( 6 ) ALL DEFENDANTS ARE SUED $350,000 JOINTLY.

( 7 ) PLAINTIFF MURZIKE, REQUESTING FEDERAL AND STATE INDICTMENTS.

( 8 ) PLAINTIFF REQUESTING THAT ALL DEFENDANTS PAY ALL COURTS AND FEES & COVER ALL MEDICAL COST IN THIS ACTION AND COVER ALL ATTORNEY FEES.

( 9 ) PLAINTIFF REQUESTING A $100,000 PUNITIVE DAMAGES TO BE ASSESSED AGAINST EACH DEFENDANT SEPARATELY AND JOINTLY IN THIS ACTION.

( 10 ) PLAINTIFF MURZIKE, REQUESTING THAT A DECLARATORY ORDER TO BE ISSUE DECLARING ALL DEFENDANT(S) VIOLATED PLAINTIFF MURZIKE, RIGHTS, AFTER TRAIL BY JURY.

( 11 ) PLAINTIFF MURZIKE, REQUESTING COURT TO ORDER ALL MEDICAL DOCTORS & MEDICAL NURSES STAFFS TO PROPERLY ASSESS PLAINTIFF MURZIKE, DOCUMENT ALL PLAINTIFF MURZIKE, INJURIES & ENTER ORDER TO HEAD MEDICAL DOCTOR TO PRODUCE ALL MEDICAL DIAGRAM BODY SHEETS ALL MEDICAL DOCUMENTS & RECORDS TO COURTS FROM 12-22-22 THRU JAN. 30TH 2023. & PROVIDE PLAINTIFF COPY'S.

53

RELIEF SOUGHT: CONT. 5 OF 5

ALL DEFENDANTS ACTIONS AND IN ACTIONS VIOLATED PLAINTIFF (EQUAL PROTECTION OF LAW) IN VIOLATION OF PLAINTIFF MULTIPLE 14TH U.S. CONST. & WAS OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT UNDER COLOR OF STATE LAW & ARE STILL EMPLOYEED UNDER COLOR OF STATE LAW AT THIS COMPLAINT ARE BEEN FILED.

ALL DEFENDANTS ACTION & IN ACTION CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 18 USC 242(2) IN VIOLATION OF PLAINTIFF 8TH U.S. CONST. AS ALL DEFENDANTS ACT "DELIBERATELY INDIFFERENCE TO SECURED ALL PLAINTIFF RIGHTS UNDER THE 5TH 1ST 14TH U.S. CONSTITUTION TO (EQUAL PROTECTION) OF LAW.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    Florida State Prison (F.S.P)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

■ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

■ No

E.      If you did file a grievance:

1.  Where did you file the grievance? *The Warden & Secretary Figgill*

2.  What did you claim in your grievance? *Excessive force, physical & sexual assault & battery, denial medical care, deprive of food & posten and Retaliation*

3.  What was the result, if any? *Same grievance was not returned back to me so I move to next level of class review with no response given.*

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

*I took 3 informal grievance steps, formal grievance steps all way up to warden & secretary figgill etc.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: I Filed grievances to warden officer came both charges against me & intentionally screwing me & having the Cim.B officlly to prosfen my mind so Resinmion

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: YES, I Filed grievances & some have not been responded to nor Returned to me yet filed warden or secretary, F.D.O.C.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. See → Formal grievance log #24-6-01193 & log #24-6-01189 all Rest are on file log at departmental level & I took steps to Non regular grievance w/ No Response from them yet & I exhausted administrative Remedies

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Don't have court orders due to security official destroy my cell & documents & legal work & so Jn Retaliation. But court only dismiss case without prejudice to Refile complaint on proper 1983 complaint form.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

■ Yes

□ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    James T. Murzike

Defendant(s)    See continuation of cited cases page (10-n)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

■ Yes

□ No

If no, give the approximate date of disposition.    See continuation of cited cases page (10-n)

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    See continuation of cited cases page (10)-n)

- ☒ Yes

- ☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.    Parties to the previous lawsuit

         Plaintiff(s)    James T. Murzika

         Defendant(s)    See a continuation of cited cases pg. (10-13)

   2.    Court *(if federal court, name the district; if state court, name the county and State)*

         _____

         _____

   3.    Docket or index number

         _____

   4.    Name of Judge assigned to your case

         _____

   5.    Approximate date of filing lawsuit

         _____

   6.    Is the case still pending?

         ☒ Yes

         ☐ No

         If no, give the approximate date of disposition _____

   7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

         See → conti. of cited cases pg. 10-13

         _____

Continuation of cited cases

Murzike v. Putney, Eta case # 3:23-cv-638-mmu-men
still pending Jax, middle Dist.

Murzike v. Goswell, Eta case # 3:23-cv-01118-wwb-jbp
still pending Jax, middle Dist.

Murzike v. Towey, Eta case # 3:23-cv-0118-bop-jeo
still pending Jax, middle Dist.

Murzike v. D.Allen, Eta case # 3:23-cv-630-mmu-lll
still pending Jax, middle Dist.

Murzike v. Green, Eta case # 3:23-cv-647-bop-ppb
still pending Jax, middle Dist.

Murzike v. William Eta case # 3:23-cv-6668-bop-pob
still pending Jax, middle Dist.

Murzike v. Dugorrow Eta case # 3:23-cv-0114-hla-pob
still pending Jax, middle Dist.

Murzike v. Ricky D. Dixlen secreosry of seal case #
2023-ca 388 case # 102023-2738 writ mandamus
challenge Dis.

(10-A)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      1-31-24

| | |
|---|---|
| Signature of Plaintiff | James T. Murdie |
| Printed Name of Plaintiff | James T. Murdie |
| Prison Identification # | 60713 |
| Prison Address | Florida State Prison P.O. Box 800 |
| | Raiford        Fla     32083 |
| | City            State    Zip Code |

### B.    For Attorneys

Date of signing:      _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City     State    Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

Continue copy → certificate of service pg (10)-A

Page 11 of 11

## Certificate of Service

I hereby certify that a true & correct copy of the foregoing 1983 Complaint $16 month Trust Fund Account has been placed in prison official hands & furnished to the lower listed parties on this 31st Day of Jan. 2024

Parties to proceed by

To: U.S. District Court
300 N. Hogan St. Suite 9-150
Jax. Fla. 32202

1-31-24
Date

Respectfully submitted
(S) James T. Muzikir

James T. Muzikir
#107713      B-1207S
Florida State Prison
P.O. Box 800
Radford, Florida 32083
Prose,

11-A